## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   SEP 14 2012   ★

LONG ISLAND OFFICE

1. Title of Case: United States v. Symeon Mavropoulos

2. Related Magistrate Docket Number(s):
    None (X)

3. Arrest Date: N/A

4. Nature of offense(s):   ☒ Felony
                            ☐ Misdemeanor

**CR 12 583**
**FEUERSTEIN, J**
**BOYLE, M**

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed: Suffolk
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

10. Capital count included?   ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: *[signature]*
Jeffrey B. Bender
Tax Division Trial Attorney
(202) 305-4077

Rev. 3/22/01

SJF ETB
583